Prob 12 (10/09)
VAE (rev. 5/17)

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF VIRGINIA

U.S.A. vs. Robert Williams    Docket No. 4:07CR00144-001

### Petition on Supervised Release

COMES NOW Sophia B. King, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Robert Williams, who was placed on supervision by The Honorable Raymond A. Jackson, United States District Judge sitting in the Court at Newport News, Virginia, on the 3rd day of April 2008, who fixed the period of supervision at ten (10) years, and imposed the general terms and conditions heretofore adopted by the Court and also imposed special conditions and terms as follows:

See Page 2.

*Supervision began on November 6, 2017.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

See Attachment(s)

**PRAYING THAT THE COURT WILL ORDER** a summons to be issued directing that the offender appear before the Court to show cause why supervision should not be revoked.

### ORDER OF COURT

Considered and ordered this 5th day of April, 20 19 and ordered filed and made a part of the records in the above case.

Raymond A. Jackson
United States District Judge

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: 4/2/19

Sophia B. King
U.S. Probation Officer

Place Newport News, Virginia

**TO CLERK'S OFFICE**

**Petition on Supervised Release**
Page 2
RE: **Williams, Robert**

OFFENSES: Count 1) Conspiracy to Possess with Intent to Distribute and Distribute Cocaine Base and Count 2) Possess a Firearm in Furtherance of a Drug Trafficking Crime.

SENTENCE:

Count 1) 240 months imprisonment, ten (10) years supervised release, and a $100.00 special assessment.

Count 2) 60 months to be served consecutively to Count 1); five (5) years supervised release to be served concurrently with Count 1); ten (10) years supervised release, and a $100.00 special assessment. The sentences to be served concurrently with the sentence imposed in Williamsburg Circuit Court, Docket Number CR07015976.

SPECIAL CONDITIONS:

1. The defendant shall participate in a program approved by the United States Probation Office for substance abuse, which program may include residential treatment and testing to determine whether the defendant has reverted to the use of drugs or alcohol, with partial costs to be paid by the defendant, all as directed by the probation officer.

2. The defendant shall pay for the support for his minor children in the amount ordered by any social service agency or court of competent jurisdiction. In the absence of any such order, payments are to be made on a schedule to be determined by the court at the inception of supervision, based on defendant's financial circumstances.

3. The defendant shall obtain a General Equivalency Diploma or a vocational skill during his period of supervision, if not employed full time.

4. The defendant shall participate in an anger management program as directed by the probation office.

On December 5, 2017, his conditions were amended to state that the defendant shall pay $100.00 per month for a minor child and $150.00 per month for another minor child.

ADJUSTMENT TO SUPERVISION:

Williams' ten (10) year term of supervised release began on November 6, 2017, following his release from custody. The initial supervision interview was conducted on November 6, 2017, during which the Judgment Order was reviewed and signed with understanding. He was provided a copy for his record. On April 2, 2018, his supervision was transferred to this officer and on April 12, 2018, this officer reviewed his conditions with him and he was again provided a copy for his record.

On December 15, 2017, Williams completed a mental health assessment with the Peninsula Therapy Center. He was diagnosed with Unspecified Disruptive, Impulsive-Control and Conduct Disorder; Cannabis Use Disorder, Mild, and Stimulant Use Disorder, Cocaine, Mild. It was recommended that he participate in monthly individual mental health counseling. On November 12, 2018, he was discharged from mental health treatment because according to his counselor, he did not present clinical distress that warranted immediate clinical attention at that time.

**Petition on Supervised Release**
**Page 3**
**RE: Williams, Robert**

On July 23, 2018, the Court was advised that on July 2, 2018, Williams failed to submit a urine sample in accordance with his Code-A-Phone schedule. Additionally, the Court was advised that on July 3, 2018, Williams submitted a urine sample which confirmed positive for cocaine and that he admitted to using cocaine on June 29, 2018.

On December 4, 2018, the Court was advised that on November 13, 2018, Williams submitted a urine sample which confirmed positive for cocaine. It should be noted that Your Honor directed this officer to submit a Petition if Williams tests positive for any drugs.

While incarcerated, Williams obtained his General Equivalency Diploma on May 4, 2010, and he paid his special assessment on March 8, 2012.

He obtained his Commercial Driver's License on February 22, 2018.

Since being released on supervision, Williams has submitted forty-one urine samples (three samples were invalid) and five alcohol screens which tested negative for illicit drugs and alcohol.

Williams resides and works in Newport News, Virginia.

<u>VIOLATIONS</u>: The following violations are submitted for the Court's consideration.

**SPECIAL CONDITION:**          **FAILURE TO COMPLY WITH SUBSTANCE ABUSE TREATMENT.**

On April 6, 2018, Williams completed a substance abuse assessment with The Counseling Center. He was diagnosed with Cocaine Use Disorder, Moderate and Alcohol Use Disorder, Mild and it was recommended that he complete 26 weeks of outpatient substance abuse group therapy. On March 20, 2019, he was unsuccessfully discharged from treatment due to his continued use of substances while in a treatment program. His counselor advised that Williams would benefit from a residential treatment facility that could address his challenges.

**SPECIAL CONDITION:**          **FAILURE TO PAY CHILD SUPPORT.**

On April 1, 2019, the mother of one his children, advised that Williams does not provide her with the court-ordered $100.00 per month for their son. She said he does spend time with him and provides items as needed. On that same day, the mother of his other son advised that Williams provides her with his court ordered $150.00 per month for their son.

**CONDITION 3:**          **FAILURE TO FOLLOW THE INSTRUCTIONS OF THE PROBATION OFFICER.**

On November 6, 2017, Williams was placed on Code-A-Phone to submit random urine screens in accordance with Phase 3. On December 28, 2017, and March 12, 2018, he failed to report for drug testing in accordance with his Code-A-Phone instructions. On April 9, 2018, Williams advised that a urine sample that he submitted to

**Petition on Supervised Release**
Page 4
RE: Williams, Robert

his Newport News State Probation Officer towards the end of February 2018, tested positive for cocaine. On April 12, 2018, he was provided with new Code-A-Phone instructions which directed him to report for drug testing in according with the Phase 2 schedule. On July 2, 2018, he reported in accordance with his Code-A-Phone instructions but failed to provide a urine sample. Because he tested positive for cocaine on November 13, 2018, on December 20, 2018, he was provided with new Code-A-Phone instructions which directed him to report for drug testing in accordance with the Phase 1 schedule.

**CONDITION 7:**            **POSSESSION OF COCAINE.**

On July 3, 2018, and November 13, 2018, Williams submitted urine samples which confirmed positive for cocaine. On February 25, 2019, Williams submitted a urine sample to his Newport News State Probation Officer which tested positive for cocaine and on March 25, 2019, he signed a voluntary admission form for using cocaine on February 22, 2019.

SBK/ytv