## SUPERVISED RELEASE / PROBATION INITIAL APPEARANCE VIOLATION HEARING

Time Set: 9:00 a.m.  Date: April 26, 2019
Started: 9:09  Presiding Judge: Lawrence R. Leonard
Ended: 9:12  Courtroom Deputy: L. Woodcock
           Reporter: FTR
Split Time ( )  U.S. Attorney: James Cole, SAUSA
           Defense Counsel:
           ( ) Retained ( ) Court appointed ( ) AFPD
           Interpreter:
           Probation Officer:

M. Durkee, AFPD, present

Case Number: 4:07cr144
USA v. Robert Williams

(✓) Defendant present  ( ) in custody  ( ) No appearance
(✓) Initial Appearance  ( ) Probation Violation  (✓) Supervised Release Violation
(✓) Defendant advised of rights, charges and right to counsel  ✓ FPD appointed.
(✓) Counsel desired  (✓) Financial Affidavit  (✓) Directed  ( ) Denied
( ) Court directed defendant to reimburse govt. at rate of $_____ per month to begin
( ) Defendant to retain: _____
( ) Government motion for detention
( ) Detention hearing set: _____
( ) Preliminary hearing set: _____
( ) Waiver of Detention Hearing
( ) Waiver of Preliminary Hearing
( ) Temporary Detention  ( ) Temporary Detention Order Entered
( ) Detention Ordered
(✓) Bond set at $ PR - all previous conditions remain in effect.
( ) Special Conditions of Release
( ) Defendant remanded to custody of U.S. Marshal
( ) Warrant returned executed
( ) Arraignment continued: _____ before Judge _____
    ( ) Norfolk  ( ) Newport News in
( ) Summons to issue _____ at _____
    ( ) Norfolk  ( ) Newport News
( ) Warrant to issue
(✓) Arraignment 5-9-19 at 2:00 NN before Judge DEM
    ( ) Norfolk  (✓) Newport News in _____
( ) Violation Hearing _____ at _____ before Judge _____
    ( ) Norfolk  ( ) Newport News in _____