## SUPERVISED RELEASE / PROBATION VIOLATION HEARING

| | |
|---|---|
| Set: **10:00 a.m.** | Date: **January 16, 2020** |
| Started: 10:00 am | Judge: **Raymond A. Jackson, USDJ** |
| Ended: 10:05 am | Court Reporter: **Carol Naughton, OCR** |
| | U.S. Attorney: **Eric Hurt, AUSA** |
| | Defense Attorney: Wilfredo Bonilla, **AFPD** |
| | Probation Officer: Lynne Claiborne, **USPO** |
| | Courtroom Deputy: **P. Thompson** |

**Case Number:** 4:07cr144
**Defendant:** Robert Williams

( X ) Matter came on for alleged violation of supervised release.  ( ) Deft. Sworn

( X ) Court found deft guilty of violating terms of supervised release on July 17, 2019 and continued disposition to today.

(✓) Argument of Counsel heard.

( X ) Court issues a verbal reprimand and continued deft on supervision with the same standard and special conditions previously imposed.

( ) Evidence presented.   ( ) Argued.   ( ) Statement of deft.

( ) Court finds deft. guilty of violating terms of supervised release and
    continues deft. on supervised release ( ) with additional conditions as
    noted below.

( ) Court finds deft. has not violated the terms of supervised release.

( ) Deft. committed to custody of BOP for a term of _____ month(s) / year(s).

( ) Upon release from confinement, the deft. will not serve any further term of
    supervised release.

( ) Upon release from confinement, the deft will be on supervised release for a period of
    _____ month(s)/year(s). The same conditions and special conditions previously
    imposed shall apply.

(✓) Deft. notified of right of appeal.    (✓) Court to prepare an order.
( ) Deft. remanded to custody.           ( ) Deft. continued on present bond.